## Man cont^a Wing

Iohn Man plaint. cont^a Iohn Wing Defend^t in an action of debt of nine pounds one Shilling and six pence in money Remaining due upon the ballance of Accompt as shalbee made appear with other due damages &c. . . . The Jury brought in a Special Verdict. Viz^t if the testimony of one man to an Acco^t which hee hath received from another under his hand, the Defend^t not denying it bee a sufficient testimony to the proving of a debt then wee finde for the plaint. Eight pounds in money and costs of Court, if not wee finde for the Defend^t costs of Court. The Magistrates Iudge for the plaint. Eight pounds in money and costs of Court granted twenty one Shillings.

Execution issued 13. Aug° 1679.

## Keen cont^a Wiswall

Iohn Keen plaint. cont^a Iohn Wiswall Iunio^r Defend^t in an action of the case for defameing and Slaundering the wife of the s^d Keen by Saying that the small pox was rife in Boston and that it was said Shee had got the great ones which words hee hath spoken to severall persons and thereby greatly damnified the plaint. in his name credit & Imploy this with all other due damages: . . . The Iury . . . found for the plaint. that the s^d Iohn Wiswall pay unto the plaint. Fifty pounds in money, or make an acknowledgem^t to the Satisfaction of the Hono^rd Court and pay costs of Court: The Defend^t appealed from this Iudgem^t unto the next Court of Assistants & put in Security for prosecution thereof to effect.

## Savage cont^a Hutchinson

Ephraim Savage who married with Sarah the Relict of and Adm^x of the Estate of Obadiah Walker dece^d plaint. cont^a Cap^tn Elisha Hutchinson who married with Elizabeth Relict & Adm^x of the Estate of m^r John Freake dece^d Defend^t

The partys mutually agreed in Court to Submit this Action and all other differences between them upon Acc° as they stand in the capasitys above mentioned to the determination of the Bench which they accepted of.